NUMBER
13-10-00257-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN
THE INTEREST OF M.W., ET AL., MINOR CHILDREN

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 5

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before Justices
Yañez, Rodriguez, and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
J.W.M.[1],
perfected an appeal from a judgment entered by the County Court at Law No. 5,
in cause number 08-61894-5.  This cause is presently before the Court on an amended
motion to dismiss the appeal on grounds
he no longer wishes to pursue the matter. 
Appellant requests that this Court dismiss the appeal.








The
Court, having considered the documents on file and appellant=s amended motion to dismiss the appeal, is of the opinion
that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s amended motion to dismiss the appeal is granted, and
the appeal is hereby DISMISSED.  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

27th day of May, 2010. 

 

 

 

 

 

 

 









[1] In appeals from cases involving the termination of parental rights, the
rules of appellate procedure require the use of an alias to refer to a minor, Aand if necessary to protect the
minor=s identity, to the minor=s parent or other family member. 
Tex. R. App. P. 9.8.